JOHN H. KIM, ESQ. (State Bar No. 219975)
SHERYL K. ITH, ESQ. (State Bar No. 225071)
sith@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile:  (714) 431-1119

Attorneys for Respondent
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>RAY FARHAD HOOSHMAND and MAHSHID SHIRINSOKHAN,<br><br>Debtors. | Case No.: 8:10-bk-19455 ES<br><br>Chapter 13<br><br>**OPPOSITION TO DEBTORS' MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUST DEED HOLDER WELLS FARGO BANK N.A. UNDER 11 U.S.C. 506 AND 11 U.S.C. 1322(b)(2)**<br><br>Date:   December 2, 2010<br>Time:  10:30 a.m.<br>Ctrm:  5A |

Respondent WELLS FARGO BANK, N.A. ("WELLS FARGO") hereby opposes the Debtors' Motion for Order to Avoid Lien of Second Trust Deed Holder Wells Fargo Bank, N.A. Under 11 U.S.C. 506 AND 11 U.S.C. 1322(b)(2) ("Debtors' Motion") filed in the above-captioned matter as follows:

I.     **INTRODUCTORY STATEMENT**

Debtors have brought a motion to avoid the lien of WELLS FARGO with respect to the second deed of trust on the real property commonly known as 27192 Via Burgos, Mission Viejo, CA 92691 ("Real Property") based upon the Debtor's argument that WELLS FARGO holds a wholly unsecured lien on the Real Property. A true and correct copy of WELLS FARGO's proof of claim, which evidences WELLS FARGO's security interest in the Real Property, is attached hereto as

1

1950.0099  2153550.1

Exhibit "A." Debtors base this argument on an appraisal prepared by a state certified real estate appraiser valuing the Real Property at $445,000.00 effective February 28, 2010. (See Exhibit "3" attached to Debtors' Motion). According to the Debtors' Motion, the approximate balance owed to the First Deed of Trust holder, Wells Fargo, NA, is $532,720. (See Debtors' Motion, p. 3, lines 15-17.)

WELLS FARGO opposes the Debtor's motion to value the Real Property based upon its broker's price opinion (BPO) valuing the Real Property at $540,000.00, a true and correct copy of which is attached hereto as Exhibit "B."

## II.    VALUATION ARGUMENT

WELLS FARGO disputes the Debtor's valuation of the Real Property and in response has submitted its own BPO valuing the Real Property at $540,000, a true and correct copy of the BPO is attached hereto as Exhibit "B." WELLS FARGO's initial valuation results in WELLS FARGO holding a partially secured claim since the First Deed of Trust holder claim amount is in the amount of $532,720 as per Debtors' Motion.

WELLS FARGO does not rely upon the BPO as definitive proof of value, but would like the opportunity to conduct its own independent appraisal of the Real Property. WELLS FARGO will submit its completed appraisal to the Court upon its completion or, in the alternative, will withdraw this opposition if the appraisal clearly shows its lien is wholly unsecured.

///
///
///
///
///
///
///
///

2

1950.0099  2153550.1

## IV. CONCLUSION

For the reasons set forth above WELLS FARGO respectfully requests that the Court deny the Debtor's Debtors' Motion for Order to Avoid Lien of Second Trust Deed Holder Wells Fargo Bank, N.A. Under 11 U.S.C. 506 AND 11 U.S.C. 1322(b)(2), or, in the alternative, to continue the hearing to allow WELLS FARGO the opportunity to conduct its own independent appraisal of the Real Property.

Dated: November 16, 2010

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
Sheryl K. Ith
Attorney for Respondent
WELLS FARGO BANK

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

3

1950.0099  2153550.1

B10 (Official Form 10)(04/10)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>Mahshid Shirinsokhan and Ray Farhad Hooshmand | Case Number:<br>8:10-bk-19455-ES |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>HSBC Bank USA National Association as Trustee for Wells Fargo Asset Securities Corporation Mortgage Pass-Through Certificates Series 2006-AR19 | ☐ Check this box to indicate that this claim amends a previously filed claim |
| Name and address where notices should be sent:<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200; P O Box 17933<br>San Diego CA 92177-0933<br><br>Telephone number: (858) 750-7600 | Court Claim<br>Number: _____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>Wells Fargo Home Mortgage Inc<br>1 Home Campus Attn: Bankruptcy Payment Processing MAC# x2302-04c Des Moines, IA 50328<br><br>Telephone number: (800) 274-7025 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case. |

1. Amount of Claim as of Date Case Filed:    $ **534,690.34**

If all or part of your claim is secured complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority complete item 5

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges.

2. Basis for Claim: **MONEY LOANED**
   (See Instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ******0796
   3a. Debtor may have scheduled account as: _____
   (See Instruction #3a on reverse side)

4. Secured Claim (See instruction #4 on reverse side)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

   Nature of property or right of setoff:    ☒ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: 27192 Via Burgos, Mission Viego, California 92691
   Value of Property: $_____ Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $  **0.00**    Basis for perfection: _____
   Amount of Secured Claim: $ **534,690.34**    Amount Unsecured: $ _____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (*See Instruction 7 and definition of "redacted" on reverse side*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U S C. §507 (a)(5)

☐ Up to $2,600* of deposits toward purchase lease or rental of property or services for personal, family, or household use – 11 U S C §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U S C §507 (a)(___)

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

| Date: 08/02/10 | Signature: The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney if any<br><br>/s/ Eric J Testan SBN (268919) | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim. Fine of up to $500 000 or imprisonment for up to 5 years or both. 18 U S C §§ 152 and 3571*

EXHIBIT    A

PAGE    1    OF    2

# INITIAL INTEREST<sup>SM</sup> ADJUSTABLE RATE NOTE
(1-Year Treasury Index - Rate Caps)
(Assumable after Initial Period)

**THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.**

AUGUST 22, 2006                TEMECULA                              CALIFORNIA
[Date]                          [City]                                [State]

27192 VIA BURGOS, MISSION VIEJO, CA  92691

[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ *****532,720.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **WELLS FARGO BANK, N.A.**

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 6.750 %. The interest rate I will pay will change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will make a payment every month on the first day of the month beginning on OCTOBER 01, 2006. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and if the payment consists of both principal and interest, it will be applied to interest before Principal. If, on SEPTEMBER 01, 2036, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **WELLS FARGO HOME MORTGAGE, P.O. BOX 17339, BALTIMORE, MD** 212971339

or at a different place if required by the Note Holder.

(B) Amount of My Initial Monthly Payments

Before the first fully amortizing principal and interest payment due date stated in subsection (C) below (the "First P&I Payment Due Date"), my monthly payments will be only for the interest due on the unpaid principal of this Note.

Each of my initial monthly payments will be in the amount of U.S. $********2,996.55. This amount may change in accordance with subsection (C) below.

(C) Monthly Payment Changes

The First P&I Payment Due Date is the first day of                10/01/16

MULTISTATE INITIAL INTEREST ADJUSTABLE RATE NOTE - 1-Year Treasury Index (Assumable after Initial Period) - Single Family - Freddie Mac UNIFORM INSTRUMENT
NMFL #8380 (MS1C) Rev 2/27/2006                                               Form 5507 5/04 (rev 7/05)
VMP ®-191N (0508)
VMP Mortgage Solutions, Inc. (800)521-7291

Page 1 of 5           Initials: RFH
                               HSH



EXHIBIT ___A___

PAGE __2_ OF _2_



# Comparative Market Analysis Exterior

## Client Information

| | |
|---|---|
| Client: Wells Fargo HE Group (Wells ccg Default) | Portfolio / Project Name: |
| Order Number: 9342202 | Alternate Loan Number: |
| Loan Number: 173461176 | Inspection Date: 7/19/2010 |
| Assigned Agent: Dwight Stones | Inspection Type: Exterior |
| Assigned Agent's Phone: (714) 906-9076 | Contact: RAY HOOSHMAND |
| Owner / Borrower: HOOSHMAND | Contact Phone: |
| Subject Address: 27192 VIA BURGOS  MISSION VIEJO, CA 92691 | |

## Subject Tax and Sale Information

| | |
|---|---|
| Estimated Tax Assessed Value Date: 1/1/2009 | Last Known Sale Date: 8/14/2006 |
| Tax Assessed Value: $458,000.00 | Last Known Sale Price: $666,000.00 |
| Current Real Estate Taxes: $0.00 | |

## Neighborhood Information

| | |
|---|---|
| Predominant Occupancy: Owner | Average Market Time of Sales: 32 |
| Homes in the area are: Similar | Price Range (Low to High): $529,000.00 to $565,000.00 |
| Demand & Supply: Oversupply | Predominant Value: $545,000.00 |
| No. of Homes in Direct Competition: 10 | Property Values Trend: Decreasing / 7.00% annually |
| Zoning: Residential | Market Rent: 2000 |
| Density: Suburban | Market Rent Trend: Declining |
| Property Maintenance: Good | |

Market / Neighborhood Comments: Market is in a correction phase. More supply than demand. Mission Viejo is in central/southern Orange County and is the first "planned community" in the nation. The subject is located in a typical SFR tract neighborhood.

## Subject Property

| | |
|---|---|
| Condo or PUD: No | Listed in Last 12 Months: No |
| Development Name: Not applicable | Currently Listed: No |
| Homeowners Association Fees: | List Price: $549,900.00 |
| Percent Owner Occupied: 0.00 | Listing Agent Name: |
| Curb Appeal: Good | Listing Agent Phone: |
| Property Maintenance: Good | Days on Market: 0 |
| Landscape and Lawn: Good | Vacant: No |
| Guest House: No | Secured: Unknown |
| Guest House Square Footage: 0 | Conforming to Neighborhood: Yes |
| Mobile Home Permanently Attached and Taxed as Real Estate: N/A | |

Problem for Resale: No /

Environmental Problem: No /

Subject Data Source(s):  ☒ Tax Records   ☐ SiteXdata   ☒ MLS # S446314   ☐ RealQuest   ☐ REDLINK   ☐ Estimated   ☐ Other

Explanation of Estimated or Other Sources:

Positive Subject Comments: Turnkey with many upgrades: oak parquet floors, plush carpet & ceramic tile thru-out; 4 sets of newly installed French doors; all new windows on back side of house; extended tile kitchen counter accomodates new bay window above sink; built-in appl; new int paint; scraped ceilings; crown mlding; oak bsebrds; recessed lighting; new pullman in guest bath; fireplace in formal living room; formal dining room; gas firepit in pool-sized backyard; built-out 'cat-walk' storage in garage!!!!

Negative Subject Comments: None noted.

© LSI 2006

EXHIBIT B

PAGE 1 OF 5

**LPS**

**Comparative Market Analysis Exterior**

Order #: 9342202   Loan #: 173461176   Client: Wells Fargo HE Group (Wells ccg Default)

### Comparative Sale Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 27192 VIA BURGOS | 26536 Avenida Veronica | 23722 Via San Gil | 23731 Via Calzada |
| City, State, Zip: | MISSION VIEJO, CA 92691 | Mission Viejo, CA 92691 | Mission Viejo, CA 92691 | Mission Viejo, CA 92691 |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | 1 Story | Contemporary | Other | Other |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 0.78 Miles | 1.03 Miles | 0.33 Miles |
| Sale Date: | 8/14/2006 | 7/13/2010 | 7/16/2010 | 6/1/2010 |
| Sold Price: | $666,000.00 | $529,000.00 | $560,000.00 | $565,000.00 |
| Location: | Good | Good | Good | Good |
| Lot Size: | 0.17 Acres | 0.13 Acres | 0.23 Acres | 0.14 Acres |
| Lot Size is: | Typical | Typical | Typical | Typical |
| Age in Years: | 37 | 38 | 39 | 36 |
| Condition: | Good | Good | Good | Good |
| Total Rooms: | 7 | 7 | 7 | 7 |
| Bedrooms: | 3 | 3 | 3 | 3 |
| Bathrooms: | 2 Full 0 Half | 2 Full 0 Half | 2 Full 0 Half | 2 Full 0 Half |
| Above Grade Sq. Footage: | 1470 | 1741 | 1792 | 1800 |
| Total Below Grade Sq.Ft.: | 0 | 0 | 0 | 0 |
| Below Grade Finished Sq.Ft.: | 0 | 0 | 0 | 0 |
| Garage: | 2.00 car / Attached | 2.00 car / Attached | 2.00 car / Attached | 2.00 car / Attached |
| Carport: | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA |
| Comparison to Subject: | | Equal | Superior | Superior |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | S621632 | S618699 | S607540 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: REO!!! Panoramic view from the huge rear patio! 3 bedroom 2 bath single level home in a great quiet neighborhood with double door entry, Granite counters, fireplace, mirrored wardrobes, travertine in the baths and a large master bedroom with slider to patio.

Comments on Comparable 2: Probably the newest and only custom home in sought after El Dorado neighborhood! This home was entirely built from the ground up in 1991 due to a laundry room fire. Great room allows easy & ample flow between living, dining and kitchen areas. Recessed and natural lighting and throughout. Ceiling fan in each bedroom. NEWLY painted. NEW deluxe carpet installed May 19th. Enjoy the entertainer-friendly backyard with Gunite Pebbletech pool, spa, and remote-controlled waterfall & lighting system. The lot gives space to 2 sideyards. Sit your guests by the firepit while you BBQ from the gas-piped BBQ station, equipped with sink. 'Man-cave'/utility room/office for the garage-minded provides additional 160 sq/ft of space. Separate laundry room with side-yard access adjacent to kitchen.

Comments on Comparable 3: Gorgeous single level VIEW home! The white picket fence, beautiful front courtyard and custom architecural columns welcome you. Formal living room with opening skylights also offers a marble fireplace and extra window. The large open kitchen w/ granite counters, breakfast bar and nook features stainless steel dual electric ovens, a 5 burner gas range, microwave & dishwasher. An elegant chandelier, Pergo floors and lighted full wall cabinetry compliment the formal dining rm. Stunning large family room addition w/ vaulted ceiling & windows offers sit down views and opens to covered patio for amazing out door sunset view dining. Crown molding, Elfa closet organizers, 5 remote controlled ceiling fans. All scraped ceilings and dual pane vinyl windows. Nearly new Berber carpet in all living areas and bedrooms. Automatic whole house attic fan, electronic retractable awning, plantation shutters plus so much more!

© LSI 2006

EXHIBIT -B

PAGE 2 OF 5

LPS

## Comparative Market Analysis Exterior

Order #: 9342202    Loan #: 173461176    Client: Wells Fargo HE Group (Wells ccg Default)

### Comparative Listing Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 27192 VIA BURGOS | 23911 Via El Rocio | 27152 Via Burgos | 23821 VIA ASTORGA |
| City, State, Zip: | MISSION VIEJO, CA 92691 | Mission Viejo, CA 92691 | Mission Viejo, CA 92691 | Mission Viejo, CA 92691 |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | 1 Story | 1 Story | Contemporary | Other |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 0.47 Miles | Same Complex | 0.38 Miles |
| Listing Date: | 7/11/2010 | 7/18/2010 | 6/16/2010 | 7/11/2010 |
| Listing Price: | $549,900.00 | $529,900.00 | $549,000.00 | $549,900.00 |
| Location: | Good | Good | Good | Good |
| Lot Size: | 0.17 Acres | 0.13 Acres | 0.18 Acres | 0.17 Acres |
| Lot Size is: | Typical | Typical | Typical | Typical |
| Age in Years: | 37 | 37 | 37 | 37 |
| Condition: | Good | Good | Good | Good |
| Total Rooms: | 7 | 7 | 7 | 7 |
| Bedrooms: | 3 | 3 | 3 | 3 |
| Bathrooms: | 2 Full 0 Half | 2 Full 0 Half | 2 Full 0 Half | 2 Full 0 Half |
| Above Grade Sq.Footage: | 1470 | 1518 | 1549 | 1470 |
| Total Below Grade Sq.Ft.: | 0 | 0 | 0 | 0 |
| Below Grade Finished Sq.Ft.: | 0 | 0 | 0 | 0 |
| Garage: | 2.00 car / Attached | 2.00 car / Attached | 2.00 car / Attached | 2.00 car / Attached |
| Carport: | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA |
| Comparison to Subject: | | Inferior | Equal | Equal |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | S625504 | S621561 | T10073778 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: Cul de sac street. This home has it all. Beautiful single story with a very open floor plan. The office could be a 4th bedroom. This home shows like a model home. Everything has been done for you. Kitchen has been remodeled, all bathrooms, flooring, windows, roof.

Comments on Comparable 2: Single level beauty on a large lot in a very appealing neighborhood. Walk to Castille elementary school. VERY PRIVATE backyard with trees and lots of foliage. Backyard has just been reseeded! Bright sunny kitchen with large bay window and granite countertops. Lake Mission Viejo privileges.

Comments on Comparable 3: Highly Upgraded 3 Bedroom, 2 Bath home in a quiet residential neighborhood with lake Mission Viejo privileges. Remodeled kitchen with cherry cabinets, Granite countertops, stainless steel appliances and tiled floors w/ granite inserts. Granite fireplace, built-in office w/ Granite desktop, new engineered hardwood flooring in all 3 bedrooms, Remodeled Bathrooms with stone tile, whirlpool tub, glass enclosed shower and large mirrored cabinets. Spacious attached 2 car garage.

## Comparative Market Analysis Exterior

| Order #: 9342202 | Loan #: 173461176 | Client: Wells Fargo HE Group (Wells ccg Default) |

### Addendum
*Any Additional comments regarding market area, conditions, area growth or decline, crime activity, hazards, repairs and the like.*

Aggressive pricing, incentives, and updating/remodeling are driving current sales. Buyers know the market will fall further. Many sellers are in denial about what the recent market has done to their property's value.

* I had to expand the search distance a bit in order to find all the appropriate comps *

### Estimates of Value

Discuss how you arrived at these values: Performed CMA.

| | |
|---|---|
| As Is Quick Sale: $525,000.00 | As Repaired Quick Sale: $525,000.00 |
| As Is Market Value: $540,000.00 | As Repaired Market Value: $540,000.00 |
| As Is Suggested List: $549,900.00 | As Repaired Suggested List: $549,900.00 |
| Estimated Days to Repair: | Estimated Cost to Repair: $0.00 |
| Average Market Time of Sale (listing date to contract date): 32 | |

This analysis and evaluation of an interest in real property for ownership or collateral purposes is prepared by and for the above named financial institution to be used for internal purposes only. This document is not an appraisal and is intended for use only for loan transactions valued $250,000 or less, as required by Title XI of FIRREA. The agent submitting this report represents that she/he drove by the property and has no interest in the property.

© LSI 2006

EXHIBIT B

PAGE 4 OF 5



## Comparative Market Analysis Exterior

Order #: 9342202    Loan #: 173461176    Client: Wells Fargo HE Group (Wells ccg Default)



**Property Map**
If MapPoint was unable to locate the property(s), distances from comparable property(s) were estimated.

Subject - 27192 VIA BURGOS, MISSION VIEJO, CA, 92691
Sales Comp 3 - 23731 Via Calzada, Mission Viejo, CA, 92691
Sales Comp 2 - 23722 Via San Gil, Mission Viejo, CA, 92691
Listing Comp 3 - 23821 VIA ASTORGA, Mission Viejo, CA, 92691
Listing Comp 1 - 239...

**Photos**

Subject (Front View)

© LSI 2006

EXHIBIT B

PAGE 5 OF 5

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**535 ANTON BLVD, 10TH FLOOR; COSTA MESA, CA 92626**

A true and correct copy of the foregoing document described as **OPPOSITION TO DEBTOR'S MOTION FOR ORDER TO AVOID LIEN OF SECOND TRUST DEED HOLDER WELLS FARGO BANK, N.A.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 17, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Gregory J. Doan, Attorney for Debtors, ecf@doanlaw.com
Amrane Cohen, Trustee; efile@ch13ac.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **November 17, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
Ray Farhad Hooshmand
Mahshid Shirinsokhan
27192 Via Burgos
Mission Viejo, CA 92691

**U.S. BANKRUPTCY JUDGE:**
Honorable Erithe A. Smith
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| November 17, 2010 | Lisa Kindsfather | /s/ LISA KINDSFATHER |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                            **F 9013-3.1.PROOF.SERVICE**

1950.0099 2153550.1